COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     *In the Interest of M.M-Y.P., a Child*
                         *S.L.R. v. Department of Family and Protective Services*

Appellate case number:   01-15-00258-CV

Trial court case number: 2014-00702J

Trial court:             314th District Court of Harris County

  Appellant filed an original brief on May 18, 2015. Appellee filed a responsive brief on June 8, 2015. Appellant has not filed a reply.

  Appellant is requested to file a reply brief to address Appellee's argument that "Mother's Motion for New Trial" should be treated as a judicial admission regarding Appellant's interest in terminating her parental rights.

  Appellant's reply brief, if she chooses to file one, is due no later than Friday, July 17, 2015.

  It is so ORDERED.


Judge's signature: <u>Harvey Brown</u>
      ☒ Acting individually ☐ Acting for the Court


Date: <u>July 9, 2015</u>